UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL BESSER,

    Plaintiff,

v.

                                    Case No. 1:13-cv-502

UNITED BAY COMMUNITY
CREDIT UNION,                        HONORABLE PAUL L. MALONEY

    Defendant/Third Party Plaintiff,

v.

INFORMA BUSINESS SYSTEMS, INC.,

    Third Party Defendant.
_____/

**NOTICE OF INTENT TO DISMISS**

    It appearing representations were made to this Court at an earlier date that this matter was settled.

    It further appearing the promised Orders attendant to said settlement have not been forthcoming;

    Failure to provide proposed Orders effectuating the settlement within **fourteen (14) days** of the date of this notice will result in an Order of DISMISSAL without prejudice being entered by the Court.


Date:  November 14, 2013                         /s/   Paul L. Maloney
                                                                Paul L. Maloney
                                                                 Chief United States District Judge