IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL BESSER, individually and on behalf
of all others similarly situated,

     Plaintiff,

 v.

UNITED BAY COMMUNITY CREDIT
UNION,

    Defendant/Third Party Plaintiff.

 v.

INFORMA BUSINESS SYSTEMS, INC.,

    Third Party Defendant

Case No.  1:13-cv-00502-PLM

Hon. Paul L. Maloney
Magistrate Judge: Joseph Scoville

## STIPULATION OF DISMISSAL

  Plaintiff Cheryl Besser ("Plaintiff"), Defendant United Bay Community Credit Union

("Defendant" or "Third Party Plaintiff"), and Third Party Defendant Informa Business Systems,

Inc. ("Third Party Defendant"), by and through their undersigned counsel and pursuant to Fed. R.

Civ. P. 41(a)(1)(A) and Fed. R. Civ. P. 23(e), hereby stipulate to the dismissal of this action, with

prejudice as to Plaintiff's individual claims, without prejudice as to the claims of any alleged

class members, and with prejudice and without costs as to Third Party Plaintiff's third party

claims against Third Party Defendant.  No class has been certified in this action.  Accordingly,

class notice and Court approval of the settlement are not required under Fed. R. Civ. P. 23(e).  In

exchange for the Plaintiff's individual release of claims set forth in a Confidential Settlement

Agreement and Release dated as October 31, 2013 (the "Settlement Agreement") and such other

consideration set forth in the Settlement Agreement, Defendant, without admitting any liability

or violation, has agreed, among other things in the Settlement Agreement, to the following:

1. Consistent with the terms of the Settlement Agreement, Defendant will complete any remaining ATM modifications and/or ATM replacements pursuant to its ADA Compliance Plan to meet the 2010 Americans with Disabilities Act Standards for Accessible Design ("2010 Standards"), including any applicable safe harbor (the "Original Compliance Date"), and will provide written confirmation of its compliance to Counsel for Plaintiff.

2. Consistent with the terms of the Settlement Agreement, Defendant has agreed to implement and/or modify its ADA Compliance Policy to formalize its intent and commitment to maintaining its ATMs in compliance with Chapter 7, Section 707, of the 2010 Standards.

3. Consistent with the terms of the Settlement Agreement, Defendant has agreed to appoint an employee or officer to serve as an ADA Compliance Manager to oversee the implementation of the Defendant's ADA Compliance Plan.

4. Consistent with the terms of the Settlement Agreement, Defendant has agreed to provide Counsel for Plaintiff with Periodic Compliance Reports confirming its ongoing compliance with the 2010 Standards.

5. Consistent with the terms of the Settlement Agreement, Defendant has agreed that Plaintiff's Counsel or their designee shall have the right to examine some or all of Defendant's ATMs for compliance with the 2010 Standards.

Defendant/Third Party Plaintiff and Third Party Defendant have further executed the

global Confidential Settlement Agreement and Release and are providing separate consideration

supporting and requiring the entry of this Stipulation and the subsequent dismissal order of the

Court.

In accordance with the terms of this Stipulation and their Settlement Agreement, the

parties request that the Court dismiss with prejudice Plaintiff's individual claims , dismiss

without prejudice the claims of any alleged class members, dismiss Defendant/Third Party

Plaintiff's claims against Third Party Defendant with prejudice and without costs, and retain

jurisdiction to interpret and enforce the terms of the Stipulation and Settlement Agreement

entered into by the parties.

Dated: November 15, 2013

Respectfully submitted,

By: */s/ Sunshine R. Fellows*
Sunshine R. Fellows
Carlson Lynch LTD
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
Phone: (412) 322-9243
Fax: (412) 231-0246
E-mail: sfellows@carlsonlynch.com
*Attorneys for Plaintiff*

By: */s/ Robb Stuart Krueger*
Robb Stuart Krueger
Kreis Enderle Hudgins & Borsos PC
One Moorsbridge
P.O. Box 4010
Kalamazoo, MI 49003
Phone: (269) 324-3000
E-mail: rkrueger@kreisenderle.com
Robb S. Krueger

*Attorneys for Defendant/Third Party
Plaintiff*

By: */s/ Alan F. Himelhoch*
Alan F. Himelhoch
Winegarden, Haley, Lindholm & Robertson,
PLC
G-9460 S. Saginaw Street, Suite A
Grand Blanc, MI 48439
Phone: (810) 579-3600
E-mail: himelhoc@winegarden-law.com

*Attorneys for Third Party Defendant*