IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHERYL BESSER, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITED BAY COMMUNITY CREDIT UNION, <br><br> Defendant/Third Party Plaintiff, <br><br> v <br><br> INFORMA BUSINESS SYSTEMS, INC., <br><br> Third Party Defendant. | Docket No.: 1:13-cv-00502-PLM <br><br> Hon. Paul L. Maloney <br> MagistrateJudge: Joseph Scoville |

## STIPULATED ORDER OF DISMISSAL

The Court, having reviewed the Stipulation of Dismissal, entered November 15, 2013, agreeing to the dismissal of this action, with prejudice as to Plaintiff's individual claims, without prejudice as to the claims of any alleged class members, and with prejudice and without costs as to Third Party Plaintiff's third party claims against Third Party Defendant.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. Plaintiff's individual claims against Defendant are dismissed with prejudice and the claims of any alleged class members against Defendant are dismissed without prejudice.

2. Third Party Plaintiff's third party claims against Third Party Defendant are dismissed with prejudice and without costs.

This Order resolves the last pending claim and closes this case.

**IT IS SO ORDERED.**

Case 1:13-cv-00502-PLM   ECF No. 25 filed 11/21/13   PageID.85   Page 2 of 3

Approved for entry by:

| | |
|---|---|
| /s/ Sunshine R. Fellows | /s/ Robb S. Krueger |
| Sunshine R. Fellows | Robb S. Krueger |
| Attorney for Plaintiff | Attorney for Defendant / Third Party Plaintiff |

/s/ Alan F. Himelhoch
Alan F. Himelhoch
Attorney for Third Party Defendant


Dated: November 21, 2013